UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Yolanda LaVaughn Randle    CASE NO. 18-11845

DEBTOR(S)    CHAPTER 7

### AFFIDAVIT OF CONFLICT

The undersigned hereby acknowledges that a conflict of interest exists, as set forth below, which precludes my appointment as interim chapter 7 trustee in the above styled and numbered case.

The undesigned is the attorney for the debtor(s) in the above styled and numbered proceeding.

*/s/ Selene Maddox*

**STATE OF MISSISSIPPI**
**COUNTY OF LEE**

Personally appeared before me the undersigned who after first being duly sworn by me states on oath that the matters, things and circumstances set forth in the forgoing Affidavit of Conflict are true and correct as therein stated.

*/s/ Selene Maddox*

Sworn to and subscribed before me this the 10 day of May, 2018.

*/s/ Tabatha Pharr Michael*
NOTARY PUBLIC

My Commission Expires:

[Notary Seal: TABATHA M. PHARR, ID No. 32831, NOTARY PUBLIC, Comm Expires June 5, 2019, LEE COUNTY, STATE OF MISSISSIPPI]