IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:       YOLANDA RANDLE                CASE NO. 18-11845

CERTIFICATE OF SERVICE

I, Selene D. Maddox, Attorney for Debtor(s), do hereby certify that, a true and correct copy of 60 days of pay advices, have been served electronically via electronic means to Henry J. Applewhite, Chapter 7 Trustee, no less than seven (7) days prior to the first date set for the meeting of creditors pursuant to 11 U.S.C. 341(a).

SIGNED this, the 17th day of May, 2018.

/s/ Selene D. Maddox
SELENE D. MADDOX

362 NORTH BROADWAY STREET
TUPELO, MISSISSIPPI  38804
TELEPHONE: (662) 841-0061
TELEFAX:    (662) 841-0093
MS STATE BAR #1815