Certificate Number: 05781-MSN-DE-031138364

Bankruptcy Case Number: 18-11845



05781-MSN-DE-031138364

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2018, at 2:36 o'clock PM PDT, Yolanda Randle completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   June 5, 2018              By:    /s/Allison M Geving

                                  Name:  Allison M Geving

                                  Title: President